UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Craig Hawthorne, | Case No.: 1:21-cv-00193-JDL |
| Plaintiff, | |
| v. | |
| The Prudential Life Insurance Company of America, | |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Craig Hawthorne, ("Plaintiff") and Defendant, The Prudential Insurance Company of America ("Prudential") (incorrectly sued as "The Prudential Life Insurance Company of America") (collectively, the "Parties"), by and through their respective undersigned attorneys, submit the following joint notice of settlement and request to stay. On September 1, 2021, the Parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final notice of settlement and joint stipulation of dismissal within thirty (30) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines in this matter for 30 days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for thirty (30) days.

DATED: September 1, 2021

Respectfully submitted,

CRAIG HAWTHORNE

By: */s/ Andrew Davis (with permission)*
    Andrew Davis
    LAMBERT COFFIN
    Two Monument Square, Suite 400
    Portland, Maine 04101
    adavis@lambertcoffin.com

    Attorney for Plaintiff

Respectfully submitted,

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

By: */s/ Matthew A. Clabots*

    Frederick B. Finberg
    The Bennett law Firm, PA
    121 Middle Street, Suite 300
    Portland, Maine 04101
    rfinberg@thebennettlawfirm.com
    Telephone: (207) 773-4775
    Facsimile: (207) 774-2366

    Matthew A. Clabots (admitted *pro hac vice*)
    Seyfarth Shaw LLP
    233 South Wacker Drive, Suite 8000
    Chicago, IL 60606
    Email: mclabots@seyfarth.com
    Tel: 312-460-5000
    Fax: 312-460-7000

    Alnisa S. Bell (admitted *pro hac vice*)
    Seyfarth Shaw LLP
    620 8th Avenue, #33
    New York, NY 10018
    abell@seyfarth.com
    Telephone: (212) 218-5500
    Facsimile: (212) 218-5526

    Attorney for Defendant

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a copy of the foregoing Joint Notice of Settlement and Request to Stay to be served upon the following through the court's electronic case filing system on this 1st day of September, 2021:

>Andrew Davis
>LAMBERT COFFIN
>Two Monument Square, Suite 400
>Portland, Maine 04101
>adavis@lambertcoffin.com

>*/s/ Matthew A. Clabots*
>Matthew A. Clabots